**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE AND "ERISA" LITIGATION | ) ) ) ) ) | MDL Docket No. _____ |

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E., Room G-255, North Lobby
      Washington, DC 20002-8004

## NOTICE OF APPEARANCE

      In compliance with 5.2(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, the following designated attorney is authorized to receive service of all

pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on

Multidistrict Litigation on behalf of the defendant listed below.  I am aware that only one

attorney can be designated for each party.

      Name and Address of Designated Attorney:

            Barry R. Ostrager
            Simpson Thacher & Bartlett LLP
            425 Lexington Avenue
            New York, NY 10017-3954
            (212) 455-2000
            (212) 455-2502 (fax)

<u>Represented Party:</u>

Washington Mutual, Inc. (Defendant)

<u>Short Case Captions</u> (those cases pending in federal court in which plaintiffs purport to have served defendant Washington Mutual, Inc.):[1]

*Dennis Koesterer v. Washington Mutual, Inc., et al.*, No. 07 Civ. 9801 (S.D.N.Y.)

*Joel Abrams v. Washington Mutual, Inc., et al.*, No. 07 Civ. 9806 (S.D.N.Y.)

*Mark Nelson v. John F. Woods, et al.*, No. C07-1809 (W.D. Wash)

*Tom Sneva  v. Kerry K. Killinger, et al.*, No. C07-1826 (W.D. Wash)

*Lynne Harrison v. Kerry K. Killinger, et al.*, No.C07-1827 (W.D. Wash)

*Gregory Bushansky v. Washington Mutual, Inc., et al.*, No. C07-1874 (W.D. Wash)

*Vincent Bussey v. Washington Mutual, Inc., et al.*, No. C07-1879 (W.D. Wash)

Dated:  November 28, 2007

Respectfully submitted,

By: _____

Barry R. Ostrager
Mary Kay Vyskocil
David J. Woll
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
**Counsel for Washington Mutual, Inc.**

---

[1] By providing this Notice of Appearance to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Washington Mutual, Inc. does not waive, and hereby preserves, all defenses in actions to which this MDL proceeding relates, including defenses and objections based on personal jurisdiction and lack of proper service of process.