The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Washington Mutual, Inc. Securities, Derivative & ERISA Litigation | No.  2:08-md-01919-MJP<br><br>**DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL**<br><br>**Noted for Consideration:<br>March 28, 2008** |
| GREGORY BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Defendants. | No.  C07-01874 (MJP) |

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE ANDAPPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

|    |    |    |
|----|----|----|
| 1  | VINCENT BUSSEY, Individually and on Behalf of All Others Similarly Situated, )<br>) | |
| 2  | ) | |
|    | Plaintiff, ) | No. **C07-01879 (MJP)** |
| 3  | ) | |
|    | v. ) | |
| 4  | ) | |
|    | WASHINGTON MUTUAL, INC., et al., ) | |
| 5  | ) | |
|    | Defendants. ) | |
| 6  | ) | |
| 7  | _____ ) | |
|    | ) | |
| 8  | BARBARA ALEXANDER, Individually and on Behalf of All Others Similarly Situated, ) | |
|    | ) | |
| 9  | Plaintiff, ) | No. **C07-01906 (MJP)** |
|    | ) | |
| 10 | v. ) | |
|    | ) | |
| 11 | WASHINGTON MUTUAL, INC., et al., ) | |
|    | ) | |
| 12 | Defendants. ) | |
|    | ) | |
| 13 | _____ ) | |
|    | ) | |
| 14 | DARLENE MITCHELL, Individually and on Behalf of All Others Similarly Situated, ) | |
|    | ) | |
| 15 | ) | |
|    | Plaintiff, ) | No. **C07-01938 (MJP)** |
| 16 | ) | |
|    | v. ) | |
| 17 | ) | |
|    | WASHINGTON MUTUAL, INC., et al., ) | |
| 18 | ) | |
|    | Defendants. ) | |
| 19 | ) | |
| 20 | _____ ) | |
|    | MARINA WARE, Individually and on Behalf of All Others Similarly Situated, ) | |
| 21 | ) | |
|    | ) | |
| 22 | Plaintiff, ) | No. **C07-01997 (RAJ)** |
|    | ) | |
| 23 | v. ) | |
|    | ) | |
| 24 | WASHINGTON MUTUAL, INC., et al., ) | |
|    | ) | |
| 25 | Defendants. ) | |
|    | ) | |
| 26 | _____ ) | |
| 27 | | |
| 28 | | |

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 2

<pre>
 1  LEON ROSENBLATT, Individually and on
    Behalf of All Others Similarly Situated,
 2
                        Plaintiff,              No.  C07-02025 (MJP)
 3
            v.
 4
    WASHINGTON MUTUAL, INC., et al.,
 5
                        Defendants.
 6

 7
    MATT MCDONALD, Individually and on
 8  Behalf of All Others Similarly Situated,

 9                      Plaintiff,              No.  C07-2055 (MJP)

10          v.

11  WASHINGTON MUTUAL, INC., et al.,

12                      Defendants.

13

14  DANA MARRA, Individually and on Behalf of
    All Others Similarly Situated,
15
                        Plaintiff,              No.  C07-2076 (MJP)
16
            v.
17
    WASHINGTON MUTUAL, INC., et al.,
18
                        Defendants.
19
</pre>

## I.  INTRODUCTION

Defendants[1] submit this response to the Motion for Consolidation and Appointment of Interim Co-lead Counsel (the "Motion") filed by Plaintiffs in the above-captioned *Bushansky*, *Bussey*, *Alexander*, *Ware*, *McDonald*, and *Marra* actions on March 13, 2008.  Defendants concur in consolidation of the ERISA cases, and further recommend that the consolidated ERISA action

---

[1] For purposes of this response, Washington Mutual, Inc. ("WaMu"), Kerry K. Killinger, Stephen Rotella, James B. Corcoran, Daryl D. David, Anne V. Farrell, Stephen E. Frank, Thomas C. Leppert, Charles M. Lillis, Phillip D. Matthews, Regina T. Montoya, Michael K. Murphy, Margaret Osmer-McQuade, Mary E. Pugh, William G. Reed, Jr., Orin C. Smith, James H. Stever, Thomas Casey are collectively referred to as "Defendants."

TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

be coordinated for pretrial proceedings with a consolidated securities action and a consolidated derivative action. Defendants take no position on the portion of the Motion seeking appointment of a particular plaintiff or plaintiffs as "lead" plaintiff and the appointment of a specific law firm or firms as "lead" counsel. Defendants will work with whichever plaintiff and counsel the Court appoints in crafting an appropriate schedule for the Court's consideration.

## II.   PROCEDURAL BACKGROUND

The above-captioned putative ERISA class action lawsuits were filed in this Court on November 20, 2007 (*Bushansky*), November 21, 2007 (*Bussey*), November 29, 2007 (*Alexander*), December 5, 2007 (*Mitchell*), December 13, 2007 (*Ware*), December 18, 2007 (*Rosenblatt*), December 21, 2007 (*McDonald*), and December 27, 2007 (*Marra*). In addition to these actions, certain other plaintiffs have filed putative securities class actions and shareholder derivative actions. On November 28, 2007, WaMu asked the United States Judicial Panel on Multidistrict Litigation (the "Panel") to centralize the various ERISA, securities and derivative litigation in this Court. The Panel granted WaMu's motion by order dated February 21, 2008. *See In re Washington Mutual, Inc. Securities, Derivative & ERISA Litigation*, 2008 WL 495850, ___ F. Supp. 2d ___ (J.P.M.L. 2008). Following the Panel's order centralizing all cases in this Court, the Clerk of this Court opened a new docket (2:08-md-1919-MJP).

On March 13, 2003, the parties in the securities actions filed a Stipulation and Proposed Order seeking (1) consolidation of the securities cases into a single docket, styled "*In re Washington Mutual, Inc. Securities Litigation*," (2) appointment of lead plaintiff and lead plaintiff's counsel, and (3) an order requiring the filing of a consolidated, amended complaint and setting out the briefing schedule for defendants' motion(s) to dismiss [No. 2:08-md-01919-MJP, Docket #3].

The parties to the federal shareholder derivative actions are currently negotiating a stipulation with similar terms, based in large part on a stipulation and order entered in three related shareholder derivative actions currently pending in the Superior Court of the State of Washington. *See Catholic Medical Mission v. Killinger, et al.*, No. 07-2-36548-6 SEA, *Gibb v. Killinger, et al.*, No. 07-2-41044-9 SEA, and *Breene v. Killinger, et al.*, No. 07-2-41042-2 SEA.

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

### III. ARGUMENT

Defendants support consolidation of each of the ERISA cases identified in the Motion. As the United States Judicial Panel on Multidistrict Litigation ruled when granting WaMu's request to centralize the various securities, derivative and ERISA cases filed against WaMu in this Court and the U.S. District Court for the Southern District of New York, "these actions involve common questions of fact," such that consolidation and/or coordination "will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." *In re Washington Mutual, Inc. Securities, Derivative & ERISA Litigation*, 2008 WL 495850, at *1, ___ F. Supp. 2d ___ (J.P.M.L. 2008).

Consolidation is "a matter of convenience and economy in administration" that "does not . . . change the rights of the parties." *Johnson v. Manhattan Ry. Co.*, 289 U.S. 479, 496–97 (1933). It "may be ordered where the court in its discretion deems it appropriate and in the interests of justice," *United States v. Washington*, 573 F.2d 1121, 1123 (9th Cir. 1978) (Kennedy, J.), bearing in mind that "considerations of judicial economy strongly favor simultaneous resolution of all claims growing out of one event," *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970); *accord Masterson v. Atherton*, 223 F. Supp. 407, 409–10 (D. Conn. 1963) (consolidation "should be granted" where "common questions of law and fact are involved"), *aff'd*, 328 F.2d 106 (2d Cir. 1964).[2]

Each of the ERISA cases identified in the Motion seeks recovery under the same statute, against essentially the same defendants, based on allegations that are effectively the same. While defendants dispute those allegations vigorously, all parties can agree that "the just, speedy, and inexpensive determination," Fed. R. Civ. P. 1, of the various ERISA cases will best be served by consolidating the suits into one action, allowing whichever plaintiff the Court designates to file

---

[2] *See also Johnson v. Miss. Valley Barge Line Co.*, 34 F.R.D. 140, 142 (W.D. Pa. 1963) ("It is fundamental that the law frowns upon multiplicity of litigation, particularly under our Federal Rules of Civil Procedure, and particularly where the court may order the consolidation of all actions involving common questions of law or fact in order to avoid unnecessary costs and delay."); *Weitort v. A. H. Bull & Co.*, 192 F. Supp. 165, 166–67 (E.D. Pa. 1961) ("[T]he purpose of permitting consolidation of actions under the Federal Rules [is] to encourage such consolidation where possible.").

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 5

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

one consolidated complaint, and then addressing that complaint as a whole. In addition to conserving valuable judicial resources, this will avoid the possibility of inconsistent results and the prejudice that would arise there from.

Sixteen cases subject to the Panel's order are now before this Court.[3] Consolidation of the ERISA cases will facilitate the ultimate consolidation of all of the pending matters into three distinct groups—securities, derivative and ERISA (each with its own docket number and caption)—that can be coordinated for purposes of pretrial discovery, motion practice and the like. Further, in the absence of any opportunity for the parties to present the Court with a stipulated Case Management Order, the "proposed preliminary schedule" suggested in the Proposed Order, ¶ 6(a), is premature at this time. Defendants will negotiate with whichever plaintiff is designated by the Court as lead plaintiff concerning the scope and timing of discovery and motion practice.

## IV.  CONCLUSION

For the reasons set out above, Defendants agree with the moving plaintiffs that the Court should consolidate the eight ERISA cases pursuant to Federal Rule of Civil Procedure 42 under one docket styled "In re Washington Mutual ERISA Litigation." Defendants, however, respectfully request the Court strike the "proposed preliminary schedule" suggested in the Proposed Order, ¶ 6(a) pending the opportunity for defendants to work out a schedule after the case is consolidated, and the lead plaintiff and its counsel appointed by the Court file an amended complaint.

/   /   /

/   /   /

/   /   /

---

[3] WaMu's motion before the Panel originally addressed seven cases. Twelve additional cases were subsequently filed, and were noted by the Panel as potential "tag-along" actions. *See In re Washington Mutual, Inc.*, 2008 WL 495850, at *1 n.1. All but three of those actions are now before the Court.

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 6

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  Dated this 24th day of March 2008.

| | |
|---|---|
| *Of Counsel*: | DAVIS WRIGHT TREMAINE LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Barry R. Ostrager (*pro hac vice*)<br>Mary Kay Vyskocil (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York  10017<br>Tel.:      (212) 455-2700<br>Fax:      (212) 455-2502<br>Email:   bostrager@stblaw.com<br>              mvyskocil@stblaw.com | By:  /s/ Steven P. Caplow<br>       Stephen M. Rummage, WSBA #11168<br>       Steven P. Caplow, WSBA #19843<br>       1201 Third Avenue, Suite 2200<br>       Seattle, Washington  98101-3045<br>       Tel.:      (206) 757-8108<br>       Fax:      (206) 757-7136<br>       E-mail:   steverummage@dwt.com<br>                    stevencaplow@dwt.com |
| *-and-* | |
| Robert J. Pfister (*pro hac vice*)<br>Gabriel D. Miller (*pro hac vice*)<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California  90067<br>Tel.:      (310) 407-7500<br>Fax:      (310) 407-7502<br>Email:   rpfister@stblaw.com<br>              gdmiller@stblaw.com | *Counsel for Defendant Washington Mutual, Inc., and, for the limited purpose of filing this response, Defendants Kerry K. Killinger, Stephen Rotella, James B. Corcoran, and Daryl D. David.* |
| | PERKINS COIE LLP |
| | By:  /s/ Ronald L. Berenstain<br>       Ronald L. Berenstain, WSBA #7573<br>       David F. Taylor, WSBA #25689<br>       1201 Third Ave, Suite 4800<br>       Seattle, Washington  98101-3099<br>       Tel:       (206) 359-8477<br>       Fax:      (206) 359-9477<br>       Email:   rberenstain@perkinscoie.com |
| | *Counsel for Defendants Anne V. Farrell, Stephen E. Frank, Thomas C. Leppert, Charles M. Lillis, Phillip D. Matthews, Regina T. Montoya, Michael K. Murphy, Mary E. Pugh, William G. Reed, Jr., Orin C. Smith, Thomas Casey, and James H. Stever* |

DEFENDANTS' JOINT RESPONSE TO CERTAIN PLAINTIFFS' MOTION
TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD COUNSEL
(No. 2:08-md-01919-MJP) — 7

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700