The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. ERISA LITIGATION | Lead Case No. C07-1874 MJP |
| This Document Relates to: ALL ACTIONS | **STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>Note on Motion Calendar: May 11, 2010 |

STIPULATION AND ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax: (206) 757-7136

Plaintiffs Gregory Bushansky, Dana Marra and Marina Ware ("Plaintiffs"); Defendants Todd Baker, Melissa Ballenger, David Beck, Deborah Bedwell, John Berens, Curt Brouwer, Thomas W. Casey, Ron Cathcart, Daryl D. David, Michelle Grau-Iverson, Pia Jorgensen, Suzanne Krahling, Bill Longbrake, Michelle McCarthy, Robert J. Williams and John F. Woods (the "PIC & PAC Defendants"); and Defendants Stephen I. Chazen, Stephen E. Frank, Charles M. Lillis, Phillip D. Mathews, Margaret Osmer McQuade, James H. Stever and Willis B. Wood, Jr. (the "HR Committee Defendants," and together with the PIC & PAC Defendants, the "Settling Defendants"), by and through their undersigned counsel, stipulate as follows:

1. Pursuant to the Memorandum of Understanding executed on April 20, 2010, in the pending action captioned *In re Washington Mutual, Inc. ERISA Litigation*, Lead Case No. 07-cv-1874 (the "ERISA Litigation"), the above referenced parties have reached an agreement to settle all claims asserted by Plaintiffs against the Settling Defendants in the ERISA Litigation;

2. In light of this agreement and to allow the parties to obtain the requisite approvals of the settlement while preserving judicial resources, the parties jointly request a stay until October 30, 2010, of all deadlines in the ERISA Litigation, including but not limited to the deadlines pertaining to: (i) Plaintiffs' motion to certify a class; (ii) mediation; (iii) fact and expert discovery; (iv) the filing of any dispositive motions; and (v) the commencement of trial.  The parties request that the Court stay, rather than dismiss, the ERISA Litigation in order to preserve the status quo pending this Court's consideration of the settlement, and to allow Plaintiffs to use the subpoena power of this Court if necessary to obtain the data needed to issue notice of the settlement to the proposed class (the "Notice") and to implement a plan for allocating the proceeds of the settlement;

3. As shown in the table below the parties expect to file a motion with the United States District Court for the Western District of Washington ("District Court") for preliminary approval of the settlement on or before June 8, 2010 ("Motion for Preliminary Approval");

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP – Page 2
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18264111.1
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax:  (206) 757-7136

4. The Motion for Preliminary Approval will seek, among other things, approval as to the form of the Notice mailed to class members, authorization to mail the Notice, scheduling of a hearing for final approval of the settlement (the "Final Approval Hearing").  Pursuant to the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d), 1453, 1711-15, the parties will request that the Final Approval Hearing take place no sooner than 100 days after the Motion for Approval is filed with the District Court.  Based on this schedule, the parties anticipate that the Final Approval Hearing can occur in September 2010, or as soon thereafter as is appropriate given the timing of the ruling on the Motion for Preliminary Approval and issuance of the Notice.

5. Within seven (7) days of the District Court's issuance of an order granting preliminary approval of the settlement, the parties will file a motion with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") for approval of the settlement ("Motion for Approval of Settlement in Bankruptcy Court");

6. The parties expect that the hearing on the Motion for Approval of Settlement in Bankruptcy Court will occur prior to or at the same time as the Final Approval Hearing in the District Court.  In the event that the hearings are scheduled to occur at the same time, the parties will arrange for the hearings in the District Court and Bankruptcy Court to be linked and broadcast via closed-circuit video-conference;

7. Upon final approval of the settlement, the ERISA Litigation shall be dismissed with prejudice.

8. Accordingly, the parties request a stay of all proceedings in this action, except as related to the settlement process, until at least October 30, 2010, by which time the matter should be fully resolved, subject to Court approval.

9. The anticipated schedule regarding settlement approval is as follows:

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP – Page 3
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18264111.1
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax:  (206) 757-7136

| Event | Date |
|---|---|
| File Motion for Preliminary Approval of Settlement in District Court | June 8, 2010 |
| Motion for Approval of Settlement in Bankruptcy Court | 7 days after entry of Order of Preliminary Approval by the District Court |
| Mail Notices to Class Members | 21 days after entry of Order of Preliminary Approval by the District Court |
| Final Approval Hearing in District Court | No sooner than 100 days after Motion for Preliminary Approval filed with the District Court and the Court approved time period for Notices to Class Members |
| Final Approval Hearing in Bankruptcy Court | Immediately prior to or at the same time as the Final Approval Hearing in District Court |

10. For example, based on this proposed schedule, if the Court were to rule on the Preliminary Approval Motion on June 25, 2010, the Motion for Approval of Settlement in Bankruptcy Court would be filed on July 2, 2010, the Notices to Class Members would be mailed on July 23, 2010, and the Final Approval Hearing in District Court could take place on September 16, 2010, or thereafter as determined by the Court.

11. The parties agree to provide the District Court with a status update should any of the above provisions need to be altered.

Dated this 11th day of May, 2010.

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP – Page 4
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18264111.1
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax: (206) 757-7136

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Barry R. Ostrager (*pro hac vice*)<br>Mary Kay Vyskocil (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.:   (212) 455-2500<br>Fax:   (212) 455-2502<br>Email: bostrager@stblaw.com<br>          mvyskocil@stblaw.com<br><br>         *-and-*<br><br>Deborah L. Stein (*pro hac vice*)<br>K. Lucy Atwood (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067<br>Tel.:   (310) 407-7500<br>Fax:   (310) 407-7502<br>Email: dstein@stblaw.com<br>          katwood@stblaw.com<br>          jweiss@stblaw.com | DAVIS WRIGHT TREMAINE LLP<br><br>By:   *s/ Steven P. Caplow*<br>        Stephen M. Rummage, WSBA #11168<br>        Steven P. Caplow, WSBA #19843<br>        1201 Third Avenue, Suite 2200<br>        Seattle, Washington 98101-3045<br>        Tel.:    (206) 757-8018<br>        Fax:    (206) 757-7018<br>        E-mail:  steverummage@dwt.com<br>                    stevencaplow@dwt.com |

*Attorneys for Todd Baker, Melissa Ballenger, David Beck, Curt Brouwer, Daryl David, Michelle McCarthy, Robert Williams, John Woods, Deborah Bedwell, John Berens, Tom Casey, Ron Cathcart, Michele Grau-Iverson, Pia Jorgensen, William Longbrake, and Suzanne Krahling*

PERKINS COIE LLP

By:   *s/ Ronald L. Berenstain*
        Ronald L. Berenstain, WSBA #7573
        William C. Rava, WSBA #20048
        S. Kate Vaughan, WSBA #35970
        1201 Third Avenue Suite 4800
        Seattle, WA 98101-3099
        Tel.:   (206) 359-8000
        Fax:   (206) 359-9000
        Email: rberenstain@perkinscoie.com
                  wrava@perkinscoie.com
                  kvaughan@perkinscoie.com

*Attorneys for Defendants Stephen I. Chazen, Stephen E. Frank, Charles M. Lillis, Phillip D. Matthews, Margaret Osmer McQuade, James H. Stever, and Willis B. Wood, Jr.*

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP – Page 5
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18264111.1
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax: (206) 757-7136

| | |
|---|---|
| HAGENS BERMAN<br>SOBOL SHAPIRO LLP | KELLER ROHRBACK L.L.P. |
| By: *s/ Andrew M. Volk*<br>Steve W. Berman, WSBA #12536<br>Andrew M. Volk, WSBA #27639<br>Genessa Stout, WSBA #38410<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101<br>Tel.:   (206) 623-7292 | By: *s/ Derek W. Loeser*<br>Lynn L. Sarko, WSBA #16569<br>Derek W. Loeser, WSBA # 24274<br>Erin M. Riley, WSBA # 30401<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101-3052<br>Tel.:   (206) 623-1900<br>Fax:   (206) 623-3384 |

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED this 13th day of May, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
Case No. 2:08-md-01919-MJP – Page 6
Lead Case No. C07-1874-MJP
60225-0003/LEGAL18264111.1
60225-0003/LEGAL18266409.1

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 757-8108
Fax:  (206) 757-7136